[No. 14897-1-III.    Division Three.    February 25, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v.
STEPHANIE ADELL PASICZNYK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-00987-8, Tari S. Eitzen, J., entered May 3, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 15174-3-III.    Division Three.    February 25, 1997.]
MARY JANE MCGUIRE, *as Personal Representative, Appellant*, v. EMPIRE HEALTH SERVICES, INC., ET AL., *Defendants*, LAWRENCE W. WORTH, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-00710-1, James M. Murphy, J., entered August 23, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 14990-1-III.    Division Three.    February 27, 1997.]
CHARLES COZAD, ET AL., *Appellants*, v. CUB CRAFTERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-02221-1, F. James Gavin, J., entered May 25, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15008-9-III.    Division Three.    February 27, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. ROBBIE W. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 95-1-00016-1, John M. Lyden, J., entered June 19, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Thompson, J.